COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Alfred Frem Boustany  II
Attorney At Law
P. O. Box 4626
Lafayette LA 70502

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 18, 2019

**REHEARING ACTION: December 18, 2019**

**Docket Number: 19   00060-KA**

**STATE OF LOUISIANA
VERSUS
DAVID JAVON ARCENEAUX
AKA DAVID ARCENEAUX**

**Appealed from Iberia Parish Case No. 17-240**

**BEFORE JUDGES:**

> **Hon. Elizabeth A. Pickett
> Hon. D. Kent Savoie
> Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Javon Arceneaux** has this day been

> **DENIED.**
> Savoie, J., would grant the rehearing.

cc: Hon. M. Bofill Duhe, Counsel for the Appellee
    W. Claire Howington, Counsel for the Appellee
    Hon. Jeffrey M. Landry, Counsel for the Appellee
    J. Taylor Gray, Counsel for the Appellee